

# OFFICE OF STAN STANART
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### COUNTY CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/16/2015 3:23:01 PM
CHRISTOPHER A. PRINE
Clerk
FILED 2015 DEC 16 PM 2:57

December 16, 2015

14th Court of Appeals
301 Fannin
Houston, Texas 77002

SUBJ: **Non-Payment of Clerk's Record**

REF:   Appellate No. <u>14-15-00957</u> /Trial Court No. 1058006
        County Civil Court at Law No. Two (2)

## TRI-ED DISTRIBUTION INC
## VS.
## SAFE 1 SECURITY INC, ET AL.

This letter is to inform you appellants, <u>**Safe 1 Security, Inc. and Jesus Javier Romero Laneros**</u>, have

not paid for the Original Clerk's Record in the above referenced case. The appellants were notified by mailed of

the cost for the Record on <u>**November 17, 2015**</u>. As of <u>**December 16, 2015**</u>, no fees have been posted for this

Record. If I can be of any further assistance contact me at <u>**(713)755-9425**</u>. The original letter will be

electronically filed with the Fourteenth Court of Appeals on <u>**December 16, 2015**</u>.

Sincerely,

Stan Stanart
County Clerk

<u>/S/Joshua Alegria</u>
Joshua Alegria
Deputy Clerk

1



## OFFICE OF STAN STANART
### COUNTY CLERK, HARRIS COUNTY, TEXAS
### CIVIL COURTS DEPARTMENT

**COST LETTER**

November 17, 2015

Jesus Javier Romero Landeros
29218 Binefield Street
Spring, Texas 77386

**RE: DOCKET NO. 1058006, COUNTY CIVIL COURT AT LAW Two (2)**

TRI-ED DISTRIBUTION, INC.
VS.
SAFE 1 SECURITY., I9NC. AND JESUS JAVIER ROMERO LANDEROS

Dear Jesus Javier Romero Landeros,

     In accordance to TRAP 35.3(a), I am notifying you that **$43.00** is required for the preparation of the Original Clerk's Record from the Notice of Appeal that was filed on November 13, 2015. Please remit payment in the form of cash, cashier check, credit card, or money order (**personal checks will not be accepted**) payable to STAN STANART, County Clerk. If you have any questions about the Record contact me at (713) 755-9425.

Sincerely,

STAN STANART, County Clerk

Joshua Alegria
Deputy Clerk

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 755-6421
Form No. H-01-147 (Rev. 04/29/2011)    WWW.CCLERK.HCTX.NET    Page 1 of 1

**2**